

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–09–M–DLC–4 |
| Plaintiff, | |
| vs. | ORDER |
| LEANN REGAN DONTIGNY, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. A Preliminary Order of Forfeiture was entered on June 15, 2017. (Doc. 69.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 93.)

1

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. Plaintiff's Motion for Final Order of Forfeiture (Doc. 95) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- A Winchester model 1906 .22 caliber rifle bearing serial number 410963B;

- A Hipoint semi auto .380 caliber handgun bearing serial number P8066124; and

- $575.00 in United States Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 28th day of August, 2017.

*[signature]*

Dana L. Christensen, Chief District Judge
United States District Court